**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELROY ALEXANDER JACKSON,<br>Petitioner,<br>v.<br>JEREMY CASEY,<br>Respondent. | Case No. 26-cv-04932-BAS-AHG<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Delroy Alexander Jackson filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, claiming he should be detained under 8 U.S.C. § 1226(a), not § 1225. (ECF No. 1.) The Government responded to the Petition, acknowledging that under *Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026), Petitioner is entitled to a bond hearing pursuant to Section 1226. (ECF No. 13.) Therefore, the Court **GRANTS** the Petition and orders a bond hearing before an Immigration Judge governed by 8 U.S.C. § 1226.

## I. LEGAL STANDARD

A writ of habeas corpus is "available to every individual detained within the United States." *Hamdi v. Rumsfeld*, 542 U.S. 507, 525 (2004). "The traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). A court may grant a writ of habeas corpus to a petitioner who demonstrates he or she is in

custody in violation of the Constitution or federal law. 28 U.S.C. § 2241(c)(3). It applies to noncitizens detained within the United States. *Zadvydas v. Davis*, 533 U.S. 678, 687 (2001). Since Petitioner is in custody and since he is seeking release from custody, he has standing to pursue this Petition.

## II. ANALYSIS

Immigration and Customs Enforcement ("ICE") arrested Petitioner, a citizen of Jamaica, on May 22, 2026, in the interior of the United States as a "visa overstay." (ECF No. 13.) Petitioner now requests a bond hearing pursuant to 8 U.S.C. § 1226. (ECF No. 1.) The Ninth Circuit recently concluded "aliens present without admission who are apprehended in the interior of the United States are subject to the detention regime of § 1226, not § 1225(b)(2)(A)." *Vazquez*, 183 F.4th at 1165. The Government does not oppose the request for a bond hearing. (ECF No. 13.) Hence, the Court **GRANTS** the Petition.

## III. CONCLUSION

Accordingly, the Court issues the following writ:

The Court **ORDERS** a bond hearing before an Immigration Judge for Delroy Alexander Jackson (A# 221-486-880) within 14 days of the date of this Order. The bond hearing shall be governed by 8 U.S.C. § 1226(a), not § 1225(b)(2). If no bond hearing is held within 14 days, Petitioner is ordered released forthwith.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: October 23, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**